Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FERNANDO CASTRO RUIZ, et al., <br><br> Defendants. | Case No. 19-cr-052-RSM <br><br> ORDER |

This Court, having considered the Unopposed Motion to Continue Trial Date and Deadline for Filing Pre-trial Motions filed by Defendant Bowman, and the pleadings related thereto, does hereby grant the motion. The Court finds that due to the unusual amount of discovery in this case, the requested continuance is necessary to allow all defense counsel a reasonable time to effectively prepare for trial, and to file pretrial motions – taking into account the exercise of due diligence. A failure to grant the requested motion might result in a miscarriage of justice.

Order - 1

SCOTT J. ENGELHARD
1700 Seventh Avenue, #2100
Seattle, Washington 98101
206-683-2020

The Court hereby finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants to a speedy trial. 18 U.S.C. §18 U.S.C. §§ 3161(h)(7)(B)(i), (ii) and (iv).

This Court ORDERS as follows:

The trial date as to all defendants is continued from May 13, 2019 to July 29, 2019. The deadline for filing pre-trial motions is continued to June 27, 2019. The time between the date this motion was filed and the new trial date is excludable pursuant to 18 U.S.C. §3161.

DATED this 15th day of April, 2019,

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I, Scott Engelhard, certify and declare that on this date, I served a true and correct copy of the opposing party via the *ecf* system of this court.

I swear under the laws of perjury for the State of Washington that the foregoing is true and correct.

| April 3, 2019 Seattle, WA | s/*Scott J. Engelhard* |
|---|---|
| Date and Place | Scott J. Engelhard |

Order - 3