UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO CASTRO-RUIZ,<br>RUBEN IBARRA,<br>ANNIE VANDEGRIFT, and<br>CHRISTIAN BOWMAN<br><br>Defendants. | No. CR19-052-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- One Taurus 9mm handgun, serial number TLR62222, and any associated ammunition, seized on or about February 7, 2019 (the "Subject Property").

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, hereby FINDS that entry of a Final Order of Forfeiture is appropriate because:

- On September 27, 2019, the Court entered a Preliminary Order of Forfeiture, finding Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting to the United States the Defendants' interest in it. Dkt. No. 102.

Final Order of Forfeiture - 1
*United States v. Castro-Ruiz, et al.,* CR19-052- RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), (Dkt. No. 167), and also provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A-C); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 6th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Castro-Ruiz, et al.,* CR19-052- RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/s Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Castro-Ruiz, et al.,* CR19-052- RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970